# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RICKY GREATHOUSE,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT CROWTHER,<br><br>    Respondent. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:17-CV-162-RJS<br><br>District Judge Robert J. Shelby |

    On May 3, 2018, this Court ordered Petitioner to within thirty days show cause why his petition should not be dismissed because he had not responded to Respondent's motion to dismiss, (Doc. No. 8), filed January 4, 2018. (Doc. No. 9.) Petitioner has still not responded. Indeed, the Court has not heard from Petitioner since he filed his petition on March 7, 2017.

    IT IS THEREFORE ORDERED that Petitioner's action is DISMISSED for failure to prosecute this case. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

    This case is CLOSED.

    DATED this 5th day of July, 2018.

              BY THE COURT:

              _____
              JUDGE ROBERT J. SHELBY
              United States District Court